IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JACOB ASHER PLOWRIGHT, | ) |
| Petitioner-Appellant, | ) |
| vs. | ) Case No.: CV 111-065 |
| | ) (Formerly CR 107-167) |
| UNITED STATES OF AMERICA, | ) Appeal No.: 18-13954-E |
| Respondent-Appellee. | ) |

O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit for want of prosecution,

**IT IS HEREBY ORDERED** that the mandate order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 10th day of June 2019.

_____
HONORABLE DUDLEY H. BOWEN, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA